UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:12-cr-137-Orl-22GJK

DONALD G. WEISS

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 15), to which there has been a Notice of No Objection filed by the Government and a Notice of No Objection filed by the Defendant, the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense. A sentencing has been scheduled by separate notice.

DONE and ORDERED in Orlando, Florida on this 1st day of August, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services